**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Francisco Sanchez ARAGON,**
**Defendant–Appellant.**

**No. 07–10564**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 16, 2007.

Mark G. Rodriguez, Mark G. Rodriguez, P.A., Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, counsel for Jose Francisco Sanchez Aragon, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

---

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Aragon's conviction and sentence are **AFFIRMED**.